IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:23cr184-MHT
                            )            (WO)
ALONZO PERRYMAN             )
```

## ORDER

Having reviewed the transcript and evidence presented at the initial detention hearing before the United States Magistrate Judge, received additional evidence at a hearing on August 9, 2023, heard additional argument, and conducted an independent and de novo review of the detention issue, and based on its finding that defendant Alonzo Perryman can be released with a combination of conditions that will reasonably ensure his appearance and the safety of all others and the community, it is ORDERED that:

(1) The motion to review and reverse the detention order (Doc. 21) is granted.

(2) Defendant Alonzo Perryman shall be released from detention pending trial, subject to his immediate

placement in the 28-day intensive substance-abuse treatment program at Aletheia House.

(3) Defendant Perryman shall be released today to a representative of the Federal Defender program for immediate transport to Aletheia House.

(4) Defendant Perryman is ordered to stay at Aletheia House and to complete the program. (Prior to the completion of the program, the court will set additional conditions, after receiving suggestions from the probation department and the parties.)

(5) The United States Magistrate Judge shall arrange for defendant Perryman's release subject to the "standard conditions" and the additional conditions set forth in this order.

An opinion explaining the court's reasoning will be issued later today.

DONE, this the 10th day of August, 2023.

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**