IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr184-MHT |
| | ) | (WO) |
| ALONZO PERRYMAN | ) | |

### ORDER

Based on the court's findings on January 30, 2024, by clear and convincing evidence, after considering all available evidence, that defendant Alonzo Perryman is not likely to flee or pose a danger to the safety of any other person or the community and that there are exceptional circumstances (as explained in open court), it is ORDERED that defendant Alonzo Perryman is released, pending sentencing, subject to the same conditions imposed by the magistrate judge earlier.

DONE, this the 31st day of January, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**