IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:23cr184-MHT** |
| | ) | **(WO)** |
| **ALONZO PERRYMAN** | ) | |

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Alonzo Perryman to receive individual psychotherapy at least twice per month focused on maintaining sobriety, addressing diagnosed mental disorders, and handling stress through healthy coping mechanisms, in line with the recommendations of Dr. Ginny Chan. *See* Evaluation Report (Doc. 66-1). Prior to beginning treatment, the probation officer shall provide the therapist with a copy of the

psychological evaluation of defendant Perryman by Dr. Chan (Doc. 66-1). The therapy should also address the traumatic experiences and other psychological issues identified by Dr. Chan, and should assist defendant Perryman with adjusting to the free world after prison and generally becoming a productive member of society.

(2) The probation department shall also determine whether defendant Perryman was receiving psychotropic medication prior to his release from prison, and if so, shall arrange for defendant Perryman to receive a psychiatric evaluation as soon as possible to avoid any lapse in medication treatment, and at the latest within 45 days of commencement of supervised release.

(3) Within 63 days of the commencement of supervised release, the probation department shall ensure that defendant Perryman begins participating in Narcotics Anonymous, Alcoholics Anonymous, or a similar program and obtains a sponsor for support with maintaining sobriety.

(4) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the items required above and on how defendant Perryman is faring on supervision.

DONE, this the 11th day of September, 2024.

                                 /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**